LAW OFFICES
SCHMITTINGER & RODRIGUEZ
414 SOUTH STATE STREET
P.O. BOX 497
DOVER, DELAWARE 19903-0497

Clerk's Office
U.S. District Court for the District of Delaware
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE 19801

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. 07-205



**FILED**
APR 25 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## ACKNOWLEDGMENT OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ____1____ COPIES OF AO FORM 85.

April 19, 2007
(Date forms issued)

(Signature of Party or their Representative)

Noel E. Primos, Esquire
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action