# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  April 25, 2007 |
| NAME OF SERVER (PRINT)  R. Curt Gruber | TITLE  Investigator  Schmittinger & Rodriguez |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 1209 Orange Street Wilmington, DE 19801

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Anna Marie Stewart (Process Specialist)

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on: 4/25/07
    Date

Signature of Server: R. Curt Gruber

Address of Server: 414 South State Street, Dover, DE 19901   Phone # 672-2415

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

.AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

District of Delaware

DAWN WILSON,

    Plaintiff,

v.

DELSTAR TECHNOLOGIES, INC.,
a Delaware corporation,

    Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-205

To: (Name & Address of Defendant)

  DelStar Technologies, Inc.
  c/o The Corporation Trust Company
  Corporation Trust Center
  1209 Orange Street
  Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

  Noel E. Primos, Esquire
  Bar ID #3124
  Schmittinger & Rodriguez, P.A.
  414 S. State Street
  P.O. Box 497
  Dover, DE 19903

an answer to the complaint which is served on you with this summons, with ___20___ days after service of this summons on you, exclusive of the date of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO          4/19/07

CLERK             DATE

*[signature]*

(By) DEPUTY CLERK