IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAWN WILSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 07-205 (JJF) |
| v. ) | |
| ) | |
| DELSTAR TECHNOLOGIES, INC, ) | JURY TRIAL DEMANDED |
| ) | |
| Defendant. ) | |
| ) | |

## DISCLOSURE OF DELSTAR TECHNOLOGIES, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

Pursuant to Fed. R. Civ. P. 7.1, defendant DelStar Technologies, Inc., by and through its undersigned attorneys, hereby certifies as follows:

Defendant DelStar Technologies, Inc. is a Delaware Corporation that it wholly owned by DelStar Holding Company, which in turn is wholly owned by DelStar, Inc. Approximately eighty percent (80%) of the stock of DelStar, Inc. is held by American Capital Strategies Ltd. ("American Capital"), a publicly traded company (Nasdaq: ACAS).

POTTER ANDERSON & CORROON LLP

By: /s/ Wendy K. Voss
Wendy K. Voss (#3142)
Sarah E. DiLuzio (#4085)
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
wvoss@potteranderson.com
sdiluzio@potteranderson.com

*Attorneys for Defendant DelStar Technologies, Inc.*

Dated: May 14, 2007
792772v1 / 25216-001

**CERTIFICATE OF SERVICE**

I hereby certify this 14th day of May, 2007 that the foregoing **DISCLOSURE OF DELSTAR TECHNOLOGIES, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1** was electronically filed with U.S. District Court District of Delaware via CM/ECF (Official Court Electronic Document Filing System) which will send notification of such filing that the document is available for viewing and downloading via CM/ECF to the following counsel of record:

Noel E. Primos, Esquire
Schmittinger & Rodriguez, P.A.
414 S. State Street
P.O. Box 497
Dover, Delaware 19903
nprimos@scmittrod.com – Email

/s/ Wendy K. Voss
Wendy K. Voss (Del. Bar 3142)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000 - Telephone
(302) 658-1192 - Facsimile
wvoss@potteranderson.com – Email

*Attorneys for Defendant DelStar Technologies, Inc.*