IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAWN WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 07-205 (JJF) |
| v. | ) | |
| | ) | |
| DELSTAR TECHNOLOGIES, INC, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF APPEARANCE

**PLEASE ENTER THE APPEARANCE** of Sarah E. DiLuzio of the law firm of Potter Anderson & Corroon LLP, 1313 N. Market Street, Hercules Plaza, 6th Floor, Wilmington, DE 19899, to be notified as Delaware counsel on behalf of defendant DelStar Technologies, Inc.

POTTER ANDERSON & CORROON LLP

By: /s/ Sarah E. DiLuzio
Wendy K. Voss (#3142)
Sarah E. DiLuzio (#4085)
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
wvoss@potteranderson.com
sdiluzio@potteranderson.com

*Attorneys for Defendant DelStar Technologies, Inc.*

Dated: May 15, 2007
795310v1 / 25216-001

## CERTIFICATE OF SERVICE

I hereby certify this 15th day of May, 2007 that the foregoing **ENTRY OF APPEARANCE** was electronically filed with U.S. District Court District of Delaware via CM/ECF (Official Court Electronic Document Filing System) which will send notification of such filing that the document is available for viewing and downloading via CM/ECF to the following counsel of record:

>Noel E. Primos, Esquire
>Schmittinger & Rodriguez, P.A.
>414 S. State Street
>P.O. Box 497
>Dover, Delaware 19903
>nprimos@scmittrod.com – Email

>_____
>Sarah E. DiLuzio (#4085)
>POTTER ANDERSON & CORROON LLP
>Hercules Plaza, Sixth Floor
>1313 North Market Street
>P.O. Box 951
>Wilmington, DE 19899
>(302) 984-6000 - Telephone
>(302) 658-1192 - Facsimile
>sdiluzio@potteranderson.com – Email

>*Attorneys for Defendant DelStar Technologies, Inc.*