IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAWN WILSON, | ) | C.A. No. 07-205-JJF |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DELSTAR TECHNOLOGIES, INC, | ) | TRIAL BY JURY DEMANDED |
| | ) | |
| Defendant. | ) | |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the above-captioned matter is hereby dismissed with prejudice, with the Plaintiff and Defendant to bear their own attorneys' fees and costs.

POTTER ANDERSON & CORROON, LLP
BY: _/s/ Sarah E. DiLuzio_
    WENDY K. VOSS, ESQUIRE (#3142)
    SARAH E. DILUZIO (#4085)
    Hercules Plaza, Sixth Floor
    1313 N. Market Street
    P.O. Box 951
    Wilmington, DE 19899-0951
    Counsel for Defendant DelStar Technologies, Inc.

SCHMITTINGER & RODRIGUEZ, P.A.
BY: _/s/_
    NOEL E. PRIMOS, ESQUIRE (#3124)
    P.O. Box 497
    Dover, DE 19903
    (302) 674-0140
    Counsel for Plaintiff Dawn Wilson

**SO ORDERED:**

_____
THE HONORABLE JOSEPH J. FARNAN, JR.