IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAWN WILSON, | ) | C.A. No. 07-205-JJF |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DELSTAR TECHNOLOGIES, INC, | ) | TRIAL BY JURY DEMANDED |
| | ) | |
| Defendant. | ) | |

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the above-captioned matter is hereby dismissed with prejudice, with the Plaintiff and Defendant to bear their own attorneys' fees and costs.

POTTER ANDERSON & CORROON, LLP
BY: _/s/ Sarah E. DiLuzio_
WENDY K. VOSS, ESQUIRE (#3142)
SARAH E. DILUZIO (#4085)
Hercules Plaza, Sixth Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951
Counsel for Defendant DelStar Technologies, Inc.

SCHMITTINGER & RODRIGUEZ, P.A.
BY: _/s/_
NOEL E. PRIMOS, ESQUIRE (#3124)
P.O. Box 497
Dover, DE 19903
(302) 674-0140
Counsel for Plaintiff Dawn Wilson

**SO ORDERED:**

_/s/ Joseph J. Farnan, Jr._
THE HONORABLE JOSEPH J. FARNAN, JR.

8/21/07